No. 78–5393. Sedgwick v. Superior Court of the District of Columbia. C. A. D. C. Cir. Certiorari denied.

No. 78–5416. Rivera v. Hefner et al. Super. Ct. Pa. Certiorari denied.

No. 78–5431. Gavin et vir v. Maryland. Ct. Sp. App. Md. Certiorari denied.

No. 78–5433. Hollingsworth v. Maryland. Ct. Sp. App. Md. Certiorari denied.

No. 78–5435. Saenz v. United States. C. A. 5th Cir. Certiorari denied.

No. 78–5457. Glover v. Dolan, Sheriff. C. A. 9th Cir. Certiorari denied.

No. 78–5464. Duffy v. Cuyler, Correctional Superintendent, et al. C. A. 3d Cir. Certiorari denied.

No. 78–5491. Montgomery v. United States. C. A. 10th Cir. Certiorari denied.

No. 78–5506. Babb et al. v. United States. C. A. 10th Cir. Certiorari denied.

No. 78–5510. Kirkland v. United States. C. A. 3d Cir. Certiorari denied.

No. 78–5515. Cox et al. v. United States. C. A. 8th Cir. Certiorari denied.

No. 78–5520. Jones v. United States. C. A. 8th Cir. Certiorari denied.

No. 78–5522. Dattalo v. United States. C. A. 3d Cir. Certiorari denied.